**No. 10-5605. MasterMichael Ramsey, Petitioner v. United States.**

562 U.S. 931, 131 S. Ct. 326, 178 L. Ed. 2d 212, 2010 U.S. LEXIS 7134.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 376 Fed. Appx. 968.

**No. 10-5606. Anthony Castillo Sanchez, Petitioner v. Oklahoma.**

562 U.S. 931, 131 S. Ct. 326, 178 L. Ed. 2d 212, 2010 U.S. LEXIS 7658.

October 4, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

Same case below, 223 P.3d 980.

**No. 10-5607. Darrell Powell, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.**

562 U.S. 931, 131 S. Ct. 326, 178 L. Ed. 2d 212, 2010 U.S. LEXIS 7333.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-5608. Roger Odum, Petitioner v. New York.**

562 U.S. 931, 131 S. Ct. 326, 178 L. Ed. 2d 212, 2010 U.S. LEXIS 7407.

October 4, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Fourth Judicial Department, denied.

Same case below, 67 App. Div. 3d 1465, 890 N.Y.S.2d 241.

**No. 10-5609. Jeremy Sherrod Miles, Petitioner v. Virginia.**

562 U.S. 931, 131 S. Ct. 327, 178 L. Ed. 2d 212, 2010 U.S. LEXIS 7620.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-5611. Norman McBride, Petitioner v. New York.**

562 U.S. 931, 131 S. Ct. 327, 178 L. Ed. 2d 212, 2010 U.S. LEXIS 7189.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 14 N.Y.3d 440, 902 N.Y.S.2d 830, 928 N.E.2d 1027.

**No. 10-5612. John Mitchell, Petitioner v. Illinois.**

562 U.S. 931, 131 S. Ct. 327, 178 L. Ed. 2d 212, 2010 U.S. LEXIS 7300.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 386 Ill. App. 3d 1119, 361 Ill. Dec. 257, 970 N.E.2d 623.